# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DANA PAUL,<br><br>　　　　　Petitioner,<br>　v.<br>SCOTT KERNAN,<br><br>　　　　　Respondent. | Case No. CV 15-07399 CJC (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 15, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE